IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Colone, Catrise E

Printed: 6/24/08

Case Number: 07 B 09301
Judge: Goldgar, A. Benjamin
Filed: 5/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 13, 2008
Confirmed: July 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,096.00 |  |
| Secured: |  | 11,442.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 653.19 |
| Other Funds: |  | 0.00 |
| Totals: | 12,096.00 | 12,096.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 3,086.09 | 0.00 |
| 2. | Rescap Mortgage | Secured | 18,742.80 | 11,442.81 |
| 3. | Rescap Mortgage | Secured | 17,528.05 | 0.00 |
| 4. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 6. | National Capital Management | Unsecured | 43.95 | 0.00 |
| 7. | Capital One | Unsecured | 97.63 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 28.40 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 52.96 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 32.48 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 20.14 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 141.62 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 23.33 | 0.00 |
| 14. | National Capital Management | Unsecured | 51.91 | 0.00 |
| 15. | Triad Financial Services | Unsecured | 676.38 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 23.58 | 0.00 |
| 17. | American Financial Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 40,549.32 | $ 11,442.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 653.19 |
|  | _____ |
|  | $ 653.19 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Colone, Catrise E | Case Number:  07 B 09301 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  6/24/08 | Filed:  5/22/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

